| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| W. Bruce Voss (SBN 64691)<br>Voss and Johnson<br>17780 Fitch, Suite 100<br>Irvine, CA 92614<br>Telephone: (949) 300-1819 | 2013 FEB -7 PM 3: 24<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br>BY___ |
| ATTORNEYS FOR: Thomas Troiani | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Thomas Troiani, an individual | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v. | SACV13 - 00219 JVS (RNBx) |
| Flobridge Microloan Company,<br>see attached for additional defedants | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Thomas Troiani
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

At this time, Counsel and Plaintiff are unaware of any interested
parties beyond those named in the caption.

2/7/13
Date

Sign

Thomas Troiani
Attorney of record for or party appearing in pro per

W. Bruce Voss, Esq. (SBN 064691)
Voss & Johnson
17780 Fitch, Suite 100
Irvine, CA 92614
Telephone: (949) 300-1819
Facsimile: (949) 428-8611
Email: bvoss@vossjohnsonlaw.com

Attorneys for Plaintiff
Thomas Troiani

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TROIANI, an individual, | Case No.: |
| Plaintiff, | COMPLAINT FOR: |
| | 1. Rescission under Securities Act § 12(a)( |
| vs. | 2. Rescission under Securities Act § 12(a)( |
| | 3. Liability under Securities Act § 15 |
| FLOBRIDGE MICROLOAN COMPANY, LLC, a Utah limited liability company; WESTERN CREDIT SERVICE COMPANY, a Utah limited liability company; CHAD JARDINE, an individual; FLOBRIDGE GROUP, a Utah limited liability company; CASH CLOUD, a Utah limited liability company; BLAKE COLLINS, an individual; PHIL POLICH, an individual; CATHARINE SOO LOQUET, an individual, JEFF SMITH, an individual; ACCELERATED CAPITAL GROUP, a California corporation; and Does 1 – 100, inclusive, | 4. Securities Fraud under Securities Act § 17(a) |
| | 5. Securities Fraud under 10b-5 |
| | 6. RICO Violations |
| | 7. Common Law Intentional Misrepresentation |
| | 8. Common Law Negligent Misrepresentation |
| | 9. Liability under doctrine of Respondeat Superior |
| | 10. Liability under Cal Corp Code 25402 and 25501 |
| | 11. Liability under Cal Corp Code 25504 |
| | 12. Liability under Cal Corp Code 25504.1 |
| | 13. Breach of Contract |
| | 14. Breach of Contract –Alter Ego |
| | 15. Constructive Trust |
| Defendants. | DEMAND FOR JURY TRIAL |