FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar

of

Judge BEVERLY REID O'CONNELL

ORDER OF THE CHIEF JUDGE

13-074

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Beverly Reid O'Connell,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge James V. Selna to the calendar of Judge Beverly Reid O'Connell:

| | | | | |
|---|---|---|---|---|
| CV 04 | 00289 | JVS(AJW) | Sergio Cadavid v. Michael Harrison |
| CV 07 | 08310 | JVS | Richard Ramirez v. Robert L Ayers |
| CV 12 | 10987 | JVS(SS) | Fredrick Luna v. J Soto |
| ED 12 | 00539 | JVS(MRW) | Daniel Loreto Noriega v. People of the State of California |
| SA 11 | 01395 | JVS(MLGx) | SEALED v. SEALED |
| SA 12 | 00371 | JVS(RNBx) | Discos Barajas v. Vina Distributor et al |
| SA 12 | 01605 | JVS(ANx) | Marcelina Miranda v. Target Corporation et al |
| SA 12 | 02084 | JVS(ANx) | Fireman's Fund Insurance Company v. Broan-Nutone, LLC et al |
| SA 13 | 00219 | JVS(RNBx) | Thomas Troiani v. Flobridge Microloan Company LLC et al |
| SA 13 | 00349 | JVS(JPRx) | Local 50 et al v. Service International Union CTW-CTU et al |
| SA 13 | 00509 | JVS(ANx) | Thomas Anthony Capra v. Officer D Blanco et al |
| SA 13 | 00520 | JVS(JPRx) | Peter Truong et al v. Wells Fargo Bank NA et al |

DATED: May 2, 2013

George H. King
Chief United States District Judge