W. Bruce Voss (SBN 064691)
Voss and Johnson
17780 Fitch, Suite 100
Irvine, CA 92614
Telephone: (949) 300-1819

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THOMAS TROIANI, an individual,<br><br>Plaintiff(s),<br>v.<br>FLOBRIDGE MICROLOAN COMPANY, LLC, a Utah limited liability company; et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>8:13-cv-00219-BRO-RNB<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) <u>Accelerated Capital Group, Jeffery Smith, and Catherine Loquet with prejudice</u>

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Thomas Troiani</u>.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

<u>April 30, 2013</u>           *[signature: WBVoss]*
Date                         Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*