LINK: JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 13-00219-BRO (RNBx) | Date | May 17, 2013 |
| Title | Thomas Troiani v. Flobridge Microloan Company LLC et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE DISMISSAL**

All individual defendants have been dismissed from this action by the plaintiff.

Accordingly, the Court hereby dismisses the action without prejudice

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  | Initials of Preparer    rf |